**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-02437-REB-KMT

FERNANDO MORALES, and
TARA MORALES,

    Plaintiffs,

v.

FARMERS INSURANCE EXCHANGE, and
MID-CENTURY INSURANCE COMPANY,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#21][1] filed February 27, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation For Dismissal With Prejudice** [#21] filed February 27, 2014, is **APPROVED**;

2.  That the combined Final Pretrial Conference and Trial Preparation Conference set October 31, 2014, are **VACATED**;

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3.  That the jury trial set to commence November 17, 2014, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 27, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge